# UNITED STATES DISTRICT COURT
### for the
### Southern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>**DONALD DIEGO HARRIS** | )<br>)<br>)<br>) Case No: 16-CR-00264-002-CG<br>) USM No: 16830-003<br>) |
| Date of Original Judgment: 08/03/2018<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Pro Se<br>) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The defendant received nine criminal history points and committed the offense while under a criminal justice sentence, resulting in an additional two points which produced a criminal history score of 11 and criminal history category of V. Upon recalculation of the defendant's criminal history score pursuant to Amendment 821, with the addition of one "status" point instead of two points, the resulting criminal history score of 10, still yields a criminal history category of V. Pursuant to U.S.S.G. §1B.10(a)(2)(B), if "an amendment does not have the effect of lowering the defendant's guideline range," the defendant is ineligible for relief.

Except as otherwise provided, all provisions of the judgment dated 08/03/2018 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 02/02/2024

/s/ Callie V. S. Granade
*Judge's signature*

Effective Date: _____
*(if different from order date)*

**Senior District Judge Callie V. S. Granade**
*Printed name and title*